UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALONZO CHATMAN,<br><br>Petitioner,<br><br>v.<br><br>THERESA CINEROS,<br><br>Respondent. | No.  2: 21-cv-0570 JAM KJN P<br><br><br><br>ORDER |

Petitioner is proceeding, without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 20, 2021, respondent filed a motion to dismiss.  (ECF No. 12.)  Petitioner did not file a response to this motion.  However, on August 9, 2021, petitioner filed a notice of change of address containing a new address.  (ECF No. 13.)

Respondent properly served the motion to dismiss on petitioner's address of record as of July 20, 2021.  However, in an abundance of caution, respondent is ordered to re-serve the motion to dismiss on petitioner at his new address.

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days of the date of this order, respondent shall re-serve petitioner with the motion to dismiss at his new address and file proof of re-service; and

////

////

1

2. Petitioner is granted thirty-five days from the date of this order to file his opposition to the motion to dismiss.

Dated: August 16, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Chat570.ord

2