UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALONZO CHATMAN, | No. 2: 21-cv-0570 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| THERESA CISNEROS, | |
| Respondent. | |

Petitioner is proceeding, without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons stated herein, petitioner's August 26, 2021 request for clarification (ECF No. 18) is deemed resolved.

On July 20, 2021, respondent filed a motion to dismiss. (ECF No. 12.) On August 17, 2021, the undersigned directed respondent to re-serve petitioner with the motion to dismiss at his new address within five days. (ECF No. 15.) In the August 17, 2021 order, the undersigned granted petitioner thirty-five days to file an opposition to the motion to dismiss. (Id.)

On August 20, 2021, petitioner filed an opposition to the motion to dismiss. (ECF No. 17.) In the pending request for clarification, petitioner asks if he is required to "respond again" to respondent's motion to dismiss. (ECF No. 18.) Petitioner is informed that he is not required to file further briefing regarding respondent's motion to dismiss. Respondent's motion to dismiss is submitted for decision.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for clarification (ECF No. 18) is deemed resolved.

Dated: September 28, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Chat570.cla